UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
BEIGELMAN, FEINER & FELDMAN, P.C.

              Plaintiff,

  -- against --

EVGENI PETROSYAN,

             Defendant.
----------------------------------------------------------------x

STIPULATION
EXTENDING TIME

10-CV-3471 (CBA) (JO)

    IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiff and counsel for defendant that the time for plaintiff to answer, move or otherwise respond to defendant's counterclaim in this action is extended from October 21, 2010 to November 23, 2010.

    No prior extension of time has been requested.

Dated: New York, New York
       October 15, 2010

BEIGELMAN, FEINER & FELDMAN, P.C.

By: _____
T. Michael Wickersham
100 Wall Street, 23rd Floor
New York, New York 10005
212.230.1300 (Phone)
212.230.1090 (Fax)
tmwickersham@bfflaw.com
Attorneys for Plaintiff

SATTERLEE STEPHENS BURKE & BURKE LLP

By: _____
James J. Regan
230 Park Avenue
New York, New York 10169
212.818.9200 (Phone)
212.818.9606 (Fax)
jregan@ssbb.com
Attorneys for Defendant

SO ORDERED.

_____
U.S.D.J.