UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BEIGELMAN, FEINER & FELDMAN, P.C.

                Plaintiff,

   -- against --

EVGENI PETROSYAN,

               Defendant.
------------------------------------------------------------x

STIPULATION
EXTENDING TIME

10-CV-3471 (CBA) (JO)

    IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiff and counsel for defendant that the time for plaintiff to answer, move or otherwise respond to defendant's counterclaim in this action is extended from December 23, 2010 to January 20, 2011 as the parties are making significant progress with direct settlement discussions.

    The court granted a previous extension of time for plaintiff to answer, move or otherwise respond to defendant's counterclaim on October 18, 2010 and again on November 18, 2010.

    This requested extension shall effect the initial conference currently scheduled for January 10, 2011 at 10:30 a.m.  The parties respectfully request the initial conference be adjourned to February 3, 2011 at 10:00 a.m. or at a time convenient for the Court.

Dated: New York, New York
       December 16, 2010

| BEIGELMAN, FEINER & FELDMAN, P.C. | SATTERLEE STEPHENS BURKE & BURKE LLP |
|---|---|
| By: _____<br>T. Michael Wickersham<br>100 Wall Street, 23rd Floor<br>New York, New York 10005<br>212.230.1300 (Phone)<br>212.230.1090 (Fax)<br>tmwickersham@bfflaw.com<br>Attorneys for Plaintiff | By: _____<br>James J. Regan<br>230 Park Avenue<br>New York, New York 10169<br>212.818.9200 (Phone)<br>212.818.9606 (Fax)<br>jregan@ssbb.com<br>Attorneys for Defendant |

SO ORDERED.

_____
U.S.D.J.