AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| BEIGELMAN, FEINER & FELDMAN, P.C. ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 10 Civ. 3471 (CBA)(JO) |
| EVGENI PETROSYAN ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff on Counterclaim, Beigelman, Feiner & Feldman, P.C.

Date:   01/19/2011

*Attorney's signature*

Lisa L. Shrewsberry - LS 1597
*Printed name and bar number*

Traub Lieberman Straus & Shrewsberry LLP
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532
*Address*

lshrewsberry@traublieberman.com
*E-mail address*

(914) 347-2600
*Telephone number*

(914) 347-8898
*FAX number*