UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BEIGELMAN, FEINER & FELDMAN, P.C.,

                          Plaintiff,

-against-

EVGENI PETROSYAN,

                          Defendant.
-----------------------------------------------------------x

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
10-CV-3471 (CBA) (JO)

AMON, Chief United States District Judge:

The Court has received Evgeni Petrosyan's letter dated March 22, 2011, which the Court construes as an objection to Magistrate Judge James Orenstein's orders—entered on the record at the March 8, 2011 status conference—that Petrosyan (1) reimburse Beigelman, Feiner & Feldman, P.C. for the cost of providing an interpreter at the March 8 conference and also provide his own interpreter at all future conferences; and (2) appear in person or through counsel at all future conferences, including a July 13, 2011 status conference.

Review of a Magistrate Judge's non-dispositive rulings is deferential, and a ruling will be set aside only if it is clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a). The party challenging a Magistrate Judge's decision "carries a heavy burden." Catskill Dev., L.L.C. v. Park Place Entm't Corp., 206 F.R.D. 78, 86 (S.D.N.Y. 2002).

The rulings about paying for the services of an interpreter are not clearly erroneous or contrary to law. The Court rejects Petrosyan's argument that the rulings are unfair, especially as Petrosyan is prosecuting a counterclaim.

Petrosyan also has not identified an adequate reason to upset the ruling that he must attend all future conferences in person or through counsel.

Status conferences and discovery proceedings requiring Petrosyan's presence should be

1

kept to a minimum and planned sufficiently in advance so as to avoid any undue hardship on Petrosyan.

The Magistrate Judge's rulings are affirmed.

SO ORDERED.

Dated: Brooklyn, New York
April 12, 2011

s/CBA

Carol Bagley Amon
United States District Judge

Copies mailed to:
Evgeni Petrosyan
9 Sechenovsky Pereulok, Apt. 11-12
Moscow, Russia 119034

Evgeni Petrosyan
c/o Victorina Petrossiants
8802 Ridge Blvd., Apt. # C5
Brooklyn, NY 11209